IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MEDINA | : | CIVIL ACTION |
| v. | : | |
| RAYMOND J. SOBINA, et al. | : | No. 09-5950 |

### ORDER

**AND NOW**, this 8th day of June 2010, upon consideration of the Petition for Writ of Habeas Corpus, the Respondent's Answer thereto, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated May 4, 2010, and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**